IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CEDRIC GLAZE                                                                                        PLAINTIFF
ADC #132460

VS.                           CASE NO. 2:07CV00117 SWW

MARIANNA POLICE DEPARTMENT, et al.                                       DEFENDANTS

### **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that, pursuant to 28 U.S.C. § 1915A(b)(1), Plaintiff's complaint against Defendants is dismissed for failure to state a claim.

IT IS FURTHER ORDERED that the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal taken from an Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 4th day of December, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE