IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA BLUFF

CEDRIC GLAZE                                                                    PLAINTIFF

VS.                    CASE NO. 2:07CV00117 SWW/HLJ

MARIANNA POLICE DEPARTMENT, et al.                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that, pursuant to 28 U.S.C. § 1915A(b)(1), Plaintiff's complaint against Defendants is DISMISSED for failure to state a claim.

SO ADJUDGED this 4th day of December, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE